IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHELLE ECHOLS                                                                             PLAINTIFF

v.                                      NO. 3:06CV00132JLH

MICHAEL J. ASTRUE, Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

## JUDGMENT

Pursuant to the Opinion entered separately today, this case is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

IT IS SO ORDERED this 27th day of August, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE