**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

MICHELLE ECHOLS                                                                    PLAINTIFF

v.                                        NO. 3:06CV00132JLH

MICHAEL J. ASTRUE, Commissioner,
SOCIAL SECURITY ADMINISTRATION                                    DEFENDANT

<u>**ORDER**</u>

        Plaintiff's Motion for an Award of Attorneys' Fees and Other Expenses Under the Provisions

of the Equal Access to Justice Act is GRANTED without objection.  Document #17.  EAJA attorney

fees of $3,496.90 and expenses of $13.95 are hereby awarded to and will be payable directly to

plaintiff.

        IT IS SO ORDERED this 7th day of November, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE