IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHELLE ECHOLS                                                                                          PLAINTIFF

VS.                                        CASE NO. 3:06CV0132 JLH

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                      DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that the Commissioner is directed to certify the court's previous award of fees in the amount of $3510.85 and pay Plaintiff's counsel this amount.

SO ORDERED this 28th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE